1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             (SOUTHERN DIVISION - SANTA ANA)

11

12   UNILOC 2017 LLC,                    Case No. 8:19-cv-00295-JVS-DFMx

13                  Plaintiff,           **ORDER GRANTING DEFENDANT ROKU, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

14        v.

15   ROKU, INC.,

16                  Defendant.

17

18        The Court, having considered the briefs and all other materials submitted by

19   the parties, the arguments of counsel, and all other matters presented to the Court in

20   connection with Defendant Roku, Inc.'s ("Roku") Motion to Dismiss First

21   Amended Complaint, and good cause appearing therefor,

22        **IT IS HEREBY ORDERED** that Roku's Motion to Dismiss is **GRANTED**.

23   The Complaint (Dkt. No. 12) in the above-referenced case is hereby dismissed with

24   prejudice.

25

26   DATED:                            _____

27                                     HON. JAMES V. SELNA
                                       UNITED STATES DISTRICT JUDGE
28