JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNILOC 2017 LLC,

                Plaintiff,

      v.

ROKU, INC.,

                Defendant.

Case No.   SACV 19-295 GW-DFMx

**ORDER TO DISMISS WITH PREJUDICE**

     Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety as to Defendant Roku, Inc. only. Each party will bear its own attorneys' fees and expenses.

     IT IS SO ORDERED.

Dated: May 18, 2020

_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE